JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JAMIE RAMON FUENTES MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTINEZ et al.,<br><br>    Defendants. | No. CR-S-15-140 MCE<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>ORDER<br><br>Date:   March 23, 2017<br>Time:  10:00 a.m.<br>Judge: Honorable Morrison C. England, Jr. |

The United States of America through its undersigned counsel, Amanda Beck, Assistant United States Attorney, together with counsel for defendant Rafael Pahua Martinez, Michael M. Rooney, Esq., counsel for defendant Jamie Ramon Fuentes Martinez, John R. Manning, Esq., counsel for defendant Miguel Mejia Servin, Clemente M. Jimenez, Esq., counsel for defendant Jessica Corro, Todd D. Leras, Esq., and counsel for defendant Gladys Mondragon, Hayes H. Gable, III, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 5, 2017.

2. By this stipulation all defendants now move to continue the status conference until March 23, 2017 and to exclude time between January 5, 2017 and March 23, 2017 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. Currently, the government has provided approximately 150 pages of reports, 976 audio files, 204 pages of transcripts, 13,493 Google Earth files, and hundreds of pages of call logs.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 5, 2017, to March 23, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 28, 2016                    /s/  Michael M. Rooney
                                             MICHAEL M. ROONEY
                                             Attorney for Defendant
                                             Rafael Pahua Martinez

Dated:  December 28, 2016                    /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Jamie Ramon Fuentes Martinez

Dated:  January 2, 2017                      /s/  Clemente M. Jimenez
                                             CLEMENTE M. JIMENEZ
                                             Attorney for Defendant
                                             Miguel Mejia Servin

Dated:  December 29, 2016                    /s/  Todd D. Leras
                                             TODD D. LERAS
                                             Attorney for Defendant
                                             Jessica Corro

Dated:  December 28, 2016                    /s/  Hayes H. Gable, III
                                             HAYES H. GABLE, III
                                             Attorney for Defendant
                                             Gladys Mondragon

Dated: January 3, 2017                       Phillip A. Talbert
                                             Acting United States Attorney

                                             by:  /s/  Amanda Beck
                                             AMANDA BECK
                                             Assistant U.S. Attorney

## ORDER

   IT IS SO ORDERED.

Dated: January 4, 2017

                                             _____
                                             MORRISON C. ENGLAND, JR
                                             UNITED STATES DISTRICT JUDGE