Michael M. Rooney,  SBN 190346
ROONEY LAW FIRM
1361 The Esplanade
Chico, California  95926
Telephone:     (530) 345-5678
Facsimile:      (530) 897-0985
Attorneys for Defendant, Rafael Pahua Martinez

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                         Plaintiff,        )<br>                                                              )<br>             v.                                            )<br>                                                              )<br>RAFAEL PAHUA MARTINEZ,         )<br>                                                              )<br>                        Defendant.      )<br>_____ ) | Case No.: 2:15-CR-00140-MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE STATUS<br>CONFERENCE<br><br>Date:  June 22, 2017<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, defendant Rafael Pahua Martinez, by and through his attorney Michael M. Rooney, agree and hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 22, 2017.

2. By this stipulation Defendant now moves to continue the status conference until July 13, 2017, and to exclude time between June 22, 2017, and July 13, 2017, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

a. Currently, the government has provided approximately 150 pages of reports, 976 audio files, 204 pages of transcripts, 13,493 Google Earth files, and hundreds of pages of call logs.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 22, 2017, to July 13, 2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 15, 2017

/s/ Michael M. Rooney
_____
MICHAEL M. ROONEY
Attorney for Defendant, Rafael Pahua Martinez

Dated: June 15, 2017

/s/ MMR for Paul A. Hemesath
_____
PAUL A. HEMESATH
Assistant United States Attorney
Attorney for Plaintiff, United States of America

IT IS SO ORDERED.

Dated: June 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE