Michael M. Rooney, SBN 190346
ROONEY LAW FIRM
1361 The Esplanade
Chico, California 95926
Telephone: (530) 345-5678
Facsimile: (530) 897-0985
Attorneys for Defendant, Rafael Pahua Martinez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-CR-00140-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| RAFAEL PAHUA MARTINEZ, ) | |
| Defendant. ) | Date: January 11, 2018<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, Defendant Rafael Pahua Martinez, by and through his attorney Michael M. Rooney, agree and hereby stipulate the following:

1. By previous order, this matter was set Judgment and Sentencing on January 11, 2018.

2. By this stipulation Defendant now moves to continue the hearing until February 8, 2018 at 10:00 a.m.

3. An interview between the United States Probation Office and Defendant has been scheduled for November 30, 2017. Additional time is required for the Probation Officer to be able to prepare and submit her Presentence Report.

3. The parties agree and stipulate, and request the Court order the following sentencing schedule:

February 8, 2018 - Judgment and Sentencing Date

February 1, 2018 – Reply, or Statement of Non-Opposition

January 25, 2018 – Motion for Correction of the Presentence Report shall be filed with the Court and served on Probation Officer and Opposing Counsel.

January 18, 2018 – Presentence Report shall be filed with the Court and disclosed to Counsel

January 11, 2018 – Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and Opposing Counsel

December 28, 2017 – Proposed Presentence Report shall be disclosed to counsel

Dated: November 20, 2017

*/s/ Michael M. Rooney*
MICHAEL M. ROONEY
Attorney for Defendant, Rafael Pahua Martinez

Dated: November 20, 2017

*/s/ MMR for Paul A. Hemesath*
PAUL A. HEMESATH
Assistant United States Attorney
Attorney for Plaintiff, United States of America

IT IS SO ORDERED.

Dated: November 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE