Michael M. Rooney, SBN 190346
ROONEY LAW FIRM
1361 The Esplanade
Chico, California 95926
Telephone:  (530) 345-5678
Facsimile:  (530) 897-0985
Attorneys for Defendant, Rafael Pahua Martinez

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,               )<br>                                    )<br>      v.                            )<br>                                    )<br>RAFAEL PAHUA MARTINEZ,              )<br>                                    )<br>                                    )<br>            Defendant.              )<br>                                    )<br>_____ ) | Case No.: 2:15-CR-00140-MCE<br><br>STIPULATION AND<br>ORDER TO CONTINUE<br>JUDGMENT AND SENTENCING<br> HEARING<br><br>Date:  February 8, 2018<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath, Defendant Rafael Pahua Martinez, by and through his attorney Michael M. Rooney, agree and hereby stipulate the following:

   1. By previous order, this matter was set Judgment and Sentencing on February 8, 2018.

///

///

///

///

///

///

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING

2. By this stipulation Defendant now moves to continue the hearing until March 1, 2018 at 10:00 a.m.

Dated: February 2, 2018

/s/ Michael M. Rooney
_____
MICHAEL M. ROONEY
Attorney for Defendant, Rafael Pahua Martinez

Dated: February 2, 2018

/s/ MMR for Paul A. Hemesath
_____
PAUL A. HEMESATH
Assistant United States Attorney
Attorney for Plaintiff, United States of America

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE