UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-140-MCE-EFB P |
| Respondent, | |
| v. | ORDER |
| RAFAEL PAHUA MARTINEZ, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant filed belated objections to the findings and recommendations. He also filed a belated reply brief to the government's opposition after the findings and recommendations had already issued. *See* ECF No. 254. The Court has considered both additional filings in adopting the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2020, (ECF No. 251) are ADOPTED in full;

2. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 237) is DENIED;

3. The Clerk is directed to close the companion civil case, 2:19-cv-2447-MCE-EFB; and

4. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated:  August 10, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE