UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RAFAEL PAHUA MARTINEZ,<br><br>Movant. | No.  2:15-cr-140-MCE-EFB P<br><br><br><br>ORDER |

This case is on remand from the Ninth Circuit for the limited purpose of determining whether a certificate of appealability should issue.  ECF No. 270.  The Court hereby DECLINES to issue a certificate of appealability because Movant has not shown that: (1) "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong"; or (2) "jurists of reason would find it debatable whether the [this Court] was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also 28 U.S.C. § 2253(c)(2).  The Clerk of the Court is directed to serve this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:  September 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1